

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00114-CV

**IN RE** Lorine **LAGATTA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
                    Irene Rios, Justice
                    Liza A. Rodriguez, Justice

Delivered and Filed: March 4, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On February 21, 2020, relator filed a petition for writ of mandamus and an emergency motion for stay of the trial court's February 4, 2020 temporary orders pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-14369, styled *In the Interest of E.L.S., Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.